UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                      2:08-cr-160-FtM-29DNF

JACOB BEN-ARI AKA JACK LEVINSON
_____

### ORDER

This matter comes before the Court on Defendant's Motion to Recuse and in the Alternative Motion to Change Venue (Doc. #193) filed on June 16, 2011.  Defendant seeks to recuse the assigned magistrate judge and district judge for bias, prejudice and lack of impartiality.  Alternatively, defendant seeks a change of venue.

Title 28, U.S.C. Section 455(a) provides, in relevant part: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  28 U.S.C. § 455(a).  A sufficient affidavit is required under 28 U.S.C. § 144.  Under § 455(a), recusal is appropriate only if "an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality."  United States v. Patti, 337 F.3d 1317, 1321 (11th Cir. 2003) (quotation omitted). Generally, "an allegation of bias sufficient to require disqualification under . . . section 455 must demonstrate that the alleged bias is personal

as opposed to judicial in nature." United States v. Meester, 762 F.2d 867, 884 (11th Cir. 1985). Bias must stem from an extrajudicial source unless "such pervasive bias and prejudice is shown by otherwise judicial conduct as would constitute bias against a party." Id. at 885 (quotation omitted). "[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion." Liteky v. United States, 510 U.S. 540, 555 (1994). Petitioner has failed to satisfy this standard, and therefore the motion to recuse is denied.

The only remaining proceeding is the sentencing hearing. Therefore, a change of venue is not required and the alternative relief is denied.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Recuse and in the Alternative Motion to Change Venue (Doc. #193) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of June, 2011.

*[signature: John E. Steele]*

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Jacob Ben Ari